UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICE WALLACE, | ) | 1:06-CV-0624-AWI-WMW-P |
| Plaintiff, | ) ) | FINDINGS AND RECOMMENDATION RE DISMISSAL OF ACTION AS DUPLICATIVE |
| v. | ) ) | |
| T. HEFNER, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the original complaint filed May 17, 2006, case number 1:06-CV-0597-AWI-SMS-P. Plaintiff, an inmate in the custody of the California Department of Corrections at Valley State Prison, Chowchilla, California, brings this action against a correctional official for allegedly pushing plaintiff, causing a fall, and plaintiff sustaining a broken ankle.

On May 22, 2006, plaintiff filed an identical complaint in this court, case number 1:06-CV-0624 AWI WMW P. A review of the complaints reveal they are identical. Plaintiff is cautioned that if both actions proceed, plaintiff will be assessed two separate filing fees, a total assessment of $700. The filing fees will be deducted from plaintiff's inmate trust account. Because the complaints are identical, the court will recommend dismissal of the case filed May 22, 2006 as duplicative. Plaintiff will not be assessed a filing fee for the later action.

Accordingly, IT IS HEREBY ORDERED that case number 1:06-CV-0624 AWI WMW P be dismissed as duplicative.

These findings and recommendation are submitted to the United States District Judge assigned to the case, pursuant to the provision of Title 28 U.S.C. § 636 (b)(1)(B). Within thirty days after being served with these findings and recommendation, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specifed time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   June 1, 2006**               **/s/  William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE